NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMMANUEL C. GONZALEZ,**
*Plaintiff-Appellant*

**v.**

**NEW LIFE VENTURES, INC.,**
*Defendant-Cross-Appellant*

---

2016-2622, 2017-1092

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:14-cv-00906-JRG, 2:14-cv-00907-JRG, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

MICHAEL SCOTT FULLER, Locke Lord LLP, Dallas, TX, argued for plaintiff-appellant. Also represented by PAUL DONSY LEIN.

NICHOLAS A. BROWN, Greenberg Traurig LLP, San Francisco, CA, argued for defendant-cross appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 August 21, 2017                     /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court